# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Orlando A. Lee, Sr. ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:11cv536

Brian Center ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

                                                Signed: April 13, 2012

Frank G. Johns, Clerk
United States District Court