# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Orlando A. Lee, Sr. ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                3:11cv536

Brian Center ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

                                                       Signed: April 13, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court